UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ROBERT STRIDIRON,

                Plaintiff,

-v-

INDIA ABROAD PUBLICATIONS INC.

                Defendant.

No. 17-cv-7208 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Plaintiff commenced this action on September 21, 2017 by filing a complaint (Doc. No. 1), and a summons was issued as to Defendant the next day (Doc. No. 6). More than 90 days have elapsed since the action was commenced, and Plaintiff has failed to file an affidavit of service with the Court attesting to service of the summons and complaint on Defendant. Accordingly, this action will be dismissed without prejudice unless Plaintiff, by January 18, 2018, either (1) files an affidavit with the Clerk of Court that proves that Defendant was served within 90 days of the filing of the complaint or (2) shows cause in writing why a further extension of the time limit for service is warranted. *See* Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:    January 4, 2018
            New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE